**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| KANE BROLIN AND IAN FOLEY,<br><br>Plaintiffs,<br><br>v.<br><br>KLINGSPOR CORPORATION,<br><br>Defendant. | Civil Action No. 3:25-cv-00812 |

**NOTICE OF SETTLEMENT**

Plaintiffs Kane Brolin and Ian Foley hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Klingspor Corporation. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: October 29, 2025

Respectfully Submitted,

   /s/  Benjamin J. Sweet
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, Pennsylvania 15228
Phone: (412) 857-5350

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 29th day of October, 2025.

$\qquad$ */s/ Benjamin J. Sweet* $\qquad$
Benjamin J. Sweet